IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LAWANDA MOTON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:24-CV-0026-D |
| **G4S SECURE SOLUTIONS (USA) INC.** | § | |
| **D/B/A G4S DALLAS,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered in the above cause a request by Lawanda Moton, Plaintiff, by and through her counsel of record, and G4S Secure Solutions (USA) Inc. d/b/a G4S Dallas, Defendant, by and through its counsel of record, that each and every cause of action alleged by, between and among Plaintiff and Defendant be dismissed with prejudice to the re-filing of same or any part thereof. The Court, after due consideration, is of the opinion the joint request for dismissal should be GRANTED.

**IT IS THEREFORE ORDERED** that each and every cause of action alleged by, between and among Plaintiff and Defendant be and are hereby dismissed with prejudice to the re-filing of same or any part thereof. Taxable court costs shall be borne by the party incurring same. This is a final Order in this matter as to all claims asserted by Plaintiff.

All relief not specifically granted herein is expressly denied.

**SIGNED** this  26th  day of  April , 2024.

_____
**SIDNEY A. FITZWATER**
**SENIOR JUDGE**

**AGREED:**

By:  */s/ Brittney L. Thompson*
**MATTHEW R. SCOTT**
Texas Bar No. 00794613
matt@sgtlawgroup.com
**JAMIE J. GILMORE**
Texas Bar No. 24045262
jamie@sgtlawgroup.com
**BRITTNEY L. THOMPSON**
Texas Bar No. 24104618
brittney@sgtlawgroup.com
**SCOTT GILMORE THOMPSON PLLC**
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas 75202
214-965-9675 / 214-965-9680 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

**AGREED**:

By:  */s/ Kelly Eisenlohr-Moul*
Kelly Eisenlohr-Moul
State Bar No. 24112896
500 Davis Street, Suite 1003
Evanston, Illinois 60201
T: (224) 350-3124
Maya S. Marshall
Georgia Bar No. 596066*
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30309
T: (404) 909-8100/F: (404) 909-8120
keisenlohr-moul@martensonlaw.com
mmarshall@martensonlaw.com

Marcia N. Jackson
Texas State Bar No. 24008411
Marcia.jackson@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
**ATTORNEYS FOR DEFENDANT**